**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD OLIVER,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>ANTHONY LAMARQUE,<br><br>　　　　Respondent.<br>_____/ | Case No.  1:02-cv-05472-OWW-TAG HC<br><br>ERRATA TO REPORT AND RECOMMENDATION TO DENY PETITION FOR WRIT OF HABEAS CORPUS |

　　　The first full sentence on page 12, lines 2 and 3, of section III. A.4 of the original Report and Recommendation shall be deleted and replaced by the following:

　　　Prejudice is "actual harm resulting from the alleged constitutional violation." Thomas, 945 F.2d at 1123 (quoting Magby v. Wawrzaszek, 741 F.2d 240, 244) (9th Cir. 1984), cert. denied, 490 U.S. 1068, 109 S. Ct. 2070)).

IT IS SO ORDERED.

**Dated:　September 2, 2005**　　　　　　　　/s/ Theresa A. Goldner
j6eb3d　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE