UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD OLIVER, | ) | 1:02-cv-05472-OWW-TAG HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS |
| ANTHONY LAMARQUE, | ) | (Doc. 19) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On August 29, 2005, the undersigned Magistrate Judge filed a Report and Recommendation recommending that the petition be denied. (Doc. 17). On September 19, 2005, Petitioner filed a motion to extend time to file objections to the Magistrate Judge's Report and Recommendation of August 29, 2005, citing difficulties in accessing the prison law library and in recovering documents related to this case, which Petitioner had sent out of the prison while the case was pending.

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFORE, it is HEREBY ORDERED that Petitioner's motion for an extension of time to file objections (Doc. 19), is GRANTED.  Petition is granted thirty (30) days from the date of service of this order in which to file objections to the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

**Dated:   October 13, 2005**            **/s/ Theresa A. Goldner**
j6eb3d                                    UNITED STATES MAGISTRATE JUDGE