UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD OLIVER,                          )          1:02-cv-05472-OWW-TAG HC
                                         )
            Petitioner,                  )
                                         )          ORDER GRANTING PETITIONER'S
     v.                                  )          SECOND MOTION FOR EXTENSION OF
                                         )          TIME TO FILE OBJECTIONS
ANTHONY LAMARQUE,                        )          (Doc. 25)
                                         )
            Respondent.                  )
_____)

        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

U.S.C. § 2254.

        On August 29, 2005, the Magistrate Judge filed a Report and Recommendation

recommending that the petition be denied.  (Doc. 17).  On September 19, 2005, Petitioner filed a

motion to extend time to file objections to the Magistrate Judge's Report and Recommendation of

August 29, 2005.  (Doc. 19).  That motion was granted on October 14, 2005.  (Doc. 23).  On

November 3, 2005, Petitioner filed a second motion for extension of time to file his objections.

(Doc. 25).  In his attached declaration, Petitioner requests an additional sixty days due to difficulties

in recovering documents related to this case, which Petitioner had sent out of the prison while the

case was pending.  (Doc. 26).

///

///

///

Good cause having been presented to the Court for an extension of time, and GOOD CAUSE APPEARING THEREFORE, it is HEREBY ORDERED that Petitioner's request for an extension of time to file objections (Doc. 25), is GRANTED.  Petition is granted thirty (30) days from the date of service of this order in which to file objections to the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

**Dated:    November 23, 2005            /s/ Theresa A. Goldner**
j6eb3d                                    UNITED STATES MAGISTRATE JUDGE