1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11
RICHARD OLIVER,                    )          1:02-cv-05472-OWW-TAG HC
12                                 )
         Petitioner,               )
13                                 )          ORDER GRANTING MOTION TO
     v.                            )          SUBSTITUTE PETITIONER IN PROPRIA
14                                 )          PERSONA AS COUNSEL OF RECORD
ANTHONY LAMARQUE,                  )          (Doc. 31)
15                                 )
         Respondent.               )          ORDER DIRECTING CLERK OF
16 _____ )          COURT TO REMOVE
                                              GARY MICHAEL DIAMOND
17                                            AS ATTORNEY OF RECORD AND
                                              SUBSTITUTE PETITIONER IN PROPRIA
18                                            PERSONA FOR ALL PURPOSES

19
         Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28
20
U.S.C. § 2254.
21
                              PROCEDURAL HISTORY
22
         On August 29, 2005, the Magistrate Judge filed a Report and Recommendation
23
recommending that the petition be denied.  (Doc. 17).  On September 19, 2005, Petitioner filed a
24
motion to extend time to file objections to the Magistrate Judge's Report and Recommendation of
25
August 29, 2005.  (Doc. 19).  That motion was granted on October 14, 2005.  (Doc. 23).  On
26
November 3, 2005, Petitioner filed a second motion for extension of time to file his objections.
27
(Doc. 25).  That motion was granted on November 28, 2005.  (Doc. 27).  On December 21, 2005,
28

1   Petitioner filed his objections pro se.

2        The original petition for writ of habeas corpus was filed on April 26, 2002, on behalf of

3   petitioner by his attorney, Gary Michael Diamond.  (Doc. 1).  Similarly, the traverse was also filed

4   by counsel of record Mr. Diamond, on Petitioner's behalf, on December 13, 2002.  (Doc. 13).  On

5   August 9, 2004, in an apparent effort to replace Mr. Diamond with Petitioner as counsel of record,

6   Petitioner filed a "Notice of Dismissed Counsel In The Above Case Number."  (Doc. 16).  In that

7   notice, Petitioner indicates that Mr. Diamond "has discontinued his representation of my petition.

8   All legal correspondence should now be forwarded to me as the Pro-Se petition."  (Id.).  However,

9   that document was insufficient to effect a change in the attorney of record from Mr. Diamond to

10  Petitioner because it was not properly filed with a proof of service on all parties. Fed. Rule of Civ.

11  Proc. Rule 5(a), (b), and (d).  Because no motion for withdrawal or substitution of counsel had been

12  properly filed with the Court, on December 15, 2005, the Court issued an Informational Order to

13  Petitioner indicating that he could either file a motion to substitute counsel pursuant to Local Rule

14  83-182(g), or else the instant motion to substitute himself, in propria persona, for his attorney of

15  record, Mr. Diamond.  (Doc. 29).

16       On December 29, 2005, Petitioner filed the instant motion to substitute himself in propria

17  personal for Mr. Diamond.  (Doc. 31).  In support of the motion, Petitioner attached a declaration in

18  which he indicates that Mr. Diamond is no longer admitted to practice law in the State of California.

19  (Doc. 31, Dec. of Richard G. Oliver, p. 1).  The Court's own review of the records of the California

20  State Bar confirm Petitioner's allegation.  The State Bar of California's website indicates that Mr.

21  Diamond was suspended from the practice of law on October 3, 2004, and that he resigned from the

22  practice of law on January 13, 2005, with charges pending from the State Bar of California.  Thus,

23  no hearing is required on this matter since it is uncontroverted that Mr. Diamond can no longer

24  represent Petitioner in these proceedings.

25  ///

26  ///

27  ///

28  ///

ORDER

Accordingly, GOOD CAUSE appearing therefor, it is HEREBY ORDERED that:

1.  Petitioner's motion to substitute Petitioner in Propria Persona as Counsel of Record (Doc. 31), is GRANTED; and,

2.  The Clerk of Court is DIRECTED to remove Gary Michael Diamond as attorney of record for Petitioner in this case, and to designate Petitioner as acting in propria persona for all purposes.

IT IS SO ORDERED.

**Dated:    January 3, 2006**                    **/s/ Theresa A. Goldner**
j6eb3d                                           UNITED STATES MAGISTRATE JUDGE