UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OLIVER,<br><br>    Petitioner,<br><br>    v.<br><br>ANTHONY LAMARQUE,<br><br>    Respondent. | 1:02-cv-05472-OWW-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATIONS<br>(Doc. 17)<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

    On August 29, 2005, the Magistrate Judge filed a Report and Recommendations recommending that the petition be denied on its merits. (Doc. 17). The Report and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. After being granted two extensions of time by the Court, Petitioner timely filed his objections to the Magistrate Judge's Report and Recommendations on December 21, 2005. (Doc. 30).

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendations are supported by the

record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The Report and Recommendations issued August 29, 2005 (Doc. 17), are ADOPTED IN FULL;

    2. The petition for writ of habeas corpus (Doc. 1), is DENIED; and

    3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   January 4, 2006**　　　　　　　　　　/s/ Oliver W. Wanger
emm0d6　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE