UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RICHARD OLIVER,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-02-5472 OWW/TAG HC

ANTHONY LAMARQUE,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:
As determined by the State Court and this court no issue fairly debatable among jurists of reason is presented to justify habeas relief.

Dated: 2-10-06

OLIVER W. WANGER
United States District Judge